UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA
P.O. BOX 1148
SCRANTON, PA 18501

COURT TRANSFERRED TO: USDC FOR THE DISTRICT OF NEW JERSEY

RE:  Keller v. Menu Foods Limited, et al.
     1:07-CV-929
     Judge Rambo

Dear Sir/Madam:

    The above captioned case has been transferred to your court. Enclosed please find a certified copy of the docket sheet together with the Court's Order dated, transferring this action to your court. You can obtain the original record by accessing CM/ECF through PACER which is located on our website at www.pamd.uscourts.gov.

    Please acknowledge receipt at the bottom portion of this letter and return it to our office at your earliest convenience.

    Thank you for your consideration in this matter.

Very truly yours,

MARY E. D'ANDREA, CLERK

Anita A. Arledge
Deputy Clerk

## RECEIPT

I hereby acknowledge receipt of the enclosed documents this ___ day of _____,
Signature: _____

Dockets.Justia.com

CLERK, UNITED STATES DISTRICT COURT
P.O. BOX 2797
CAMDEN, NJ 08101

OFFICIAL BUSINESS

RECEIVED
SCRANTON
JUL 26 2007
MARY E. D'ANDREA, CLERK
Per ___ DEPUTY CLERK

047 J52006796
$00.41⁰
07/24/2007
Mailed From 08101
US POSTAGE
neopost

United States District Court
Middle District of Pennsylvania
P.O. Box 1148
Scranton, PA 18501

18501314B B055